LAWRENCE G. BROWN
Acting United States Attorney
KEVIN P. ROONEY, AUSA
Robert E. Coyle Federal Courthouse
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LUCIANO SERRANO-ROCHA,<br>et al.,<br><br>　　　　　　　Defendants. | Case No. 1:07-CR-00212 AWI<br><br>ORDER TO CONTINUE DATE<br>FOR STATUS CONFERENCE<br><br>DATE:　January 12, 2009<br>TIME:　9:00 a.m.<br>PLACE: Courtroom 2<br><br>Honorable Anthony W. Ishii |

　　　Upon the stipulation of the parties and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that the status conference presently set for January 12, 2009 at 9:00 a.m. is continued until January 26, 2009, at 9:00 a.m., to be heard before the Honorable Anthony W. Ishii, Courtroom 2.

IT IS SO ORDERED.

**Dated:　January 9, 2009**　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE