1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:07-CR-212 AWI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE MOTIONS HEARING AND |
| LUCIANO SERRANO-ROCHA, | ) | ORDER THEREON |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the motions/status conference hearing currently set for **August 10, 2009** may be continued to **August 31, 2009 at 9:00 a.m.**  The parties are requesting that the following briefing schedule be set:

Response to be filed by August 3, 2009;

Reply to be filed by August 24, 2009;

This request is being made due to Ms. Servatius having a family emergency and is unavailable.  The parties agree that the delay resulting from the continuance shall be excluded in

///

///

///

///

1  the interests of justice, including but not limited to, the need for the period of time set forth herein
2  for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(8)(B)(i), and
3  3161(h)(7)(B)(iv).

4

5  Dated: July 15, 2009                                      LAWRENCE G. BROWN
                                                             Acting United States Attorney
6

7                                                   By:     /s/   Kathleen A. Servatius
                                                            KATHLEEN A. SERVATIUS
8                                                           Assistant U.S. Attorney

9

10 Dated: July 15, 2009                                       /s/   Woodrow E. Nichols, Jr.
                                                             WOODROW E. NICHOLS, JR.
11                                                           Attorney for Defendant
                                                             LUCIANO SERRANO-ROCHA
12

13 Dated: July 15, 2009                                       /s/  Eric K. Fogderude
                                                             ERIC K. FOGDERUDE
14                                                           Attorney for Defendant
                                                             HOMERO SERRANO
15

16 Dated: July 15, 2009                                       /s/   Mario DiSalvo
                                                             MARIO DiSALVO
17                                                           Attorney for Defendant
                                                             ADRIAN CONTRERAS
18

19 Dated: July 15, 2009                                       /s/   David A. Torres
                                                             DAVID A. TORRES
20                                                           Attorney for Defendant
                                                             MARIA ELENA SERRANO
21

22 Dated: July 15, 2009                                       /s/   David V. Balakian
                                                             DAVID V. BALAKIAN
23                                                           Attorney for Defendant
                                                             CLAUDIA GONZALEZ LOPEZ
24

25 Dated: July 15, 2009                                       /s/   Harry M. Drandell
                                                             HARRY M. DRANDELL
26                                                           Attorney for Defendant
                                                             ANTONIA SERRANO
27 ///

28 ///

<u>ORDER CONTINUING HEARING DATE</u>

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A),  3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:  July 16, 2009**                                   /s/ Anthony W. Ishii
                                                      CHIEF UNITED STATES DISTRICT JUDGE